**In re:  Kellis Dion JACKSON, Petitioner.**

No.  03–7920.

United States Court of Appeals, Fourth Circuit.

Submitted March 25, 2004.

Decided March 31, 2004.

Kellis Dion Jackson, Petitioner pro se.

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.  See Local Rule 36(c).

PER CURIAM:

Kellis Dion Jackson petitions for writ of mandamus, alleging the district court has unduly delayed acting on his petition for relief under 28 U.S.C. § 2241 (2000).  He seeks an order from this court directing the district court to act.  Our review of the docket sheet reveals that the district court has denied Jackson's § 2241 petition. Accordingly, because the district court has recently decided Jackson's case, we deny the mandamus petition as moot.  We grant leave to proceed in forma pauperis.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*